THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Supreme Court

 
 
 
 
 Video Management, Inc. d/b/a C&C Video, Appellant,
 
 
 

v.
 
 
 
 
 City of Charleston Board of Zoning Appeals, and Lee Batchelder, in 
 his official capacity as Zoning Administrator, Respondents.
 
 
 

Appeal from Charleston County
 J.C. Nicholson, Jr., Circuit Court Judge

Memorandum Opinion No. 2004-MO-053
 Heard September 21, 2004  Filed October 11, 2004

AFFIRMED

 
 
 
 
 Thomas R. Goldstein, of Belk, Cobb, Infinger & Goldstein, P.A., 
 of Charleston; and H. Louis Sirkin, of Sirkin, Pinales, Mezibov & 
 Schwartz, of Cincinnati, Ohio, for appellant.
 Charlton DeSaussure, Jr., of Haynsworth Sinkler Boyd, PA, of Charleston; 
 and Timothy A. Domin, of Clawson & Staubes, LLC, of Charleston, 
 for respondents.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b), SCACR, and the following 
 authority:  Issues 1 and 2:  Centaur, Inc. v. Richland County, 301 S.C. 
 374, 392 S.E.2d 165 (1990) (no standing where ordinance clearly applies); Issue 
 3:  Townes Associates, Ltd. v. City of Greenville, 266 S.C. 81, 221 S.E.2d 
 773 (1976) (findings of trial judge will not be disturbed on appeal unless without 
 evidence reasonably supporting them); Issue 4: Fraternal Order of Police 
 v. South Carolina Dept of Revenue, 352 S.C. 420, 574 S.E.2d 717 (2002) 
 (issue not preserved); Issue 5: Centaur, supra (amortization period 
 reasonable); Issue 6: Fraternal Order of Police, supra (issue 
 not preserved).   
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.